

United States District Court

Eastern District of Michigan

Plaintiff

    Stephen Lauderback

    15111 Gaylord St.

    Redford MI 48239

Case: 4:14-cv-11314
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 03-31-2014 At 01:42 PM
CMP LAUDERBACK VS. DEPARTMEN OF HEALTH AND HUMAN SERVICES (EOB)

Defendants

    <u>Department Of Health And Human Services</u>

    Department Of Health And Human Services

    Secretary Kathleen Sebelius

    200 Independence Ave. SW

    Washington DC 20201

    United States Attorney

    Barbara L. Mc. Quade

    211 W. Fort Street

    Suite 2300

    Detroit, MI 48226

    Office of the Attorney General

    Department Of Justice

    Eric Holder Jr.

    10th & Pennsylvania Ave

    N.W

    Wasington, D.C 20530

The plaintiff Stephen Gregory Lauderback believes. The United States District Court Eastern District of Michigan has jurisdicton. Since this case involves the Department of Health and Human Services. Plus the matter at hand is a federal policy.

The plaintiff in this case. Stephen Gregory Lauderback is a victim of a predatory policy. In two separate incidents. The Department of Health And Services has obstructed. Than discriminated the plaintiff.

The plaintiff feels. That the Department of Health And Human Services knowingly obstructed. Than discriminated him. The plaintiff believes. If it was not for his mental illness. This would of never happend. The plaintiff believes. That the Department of Health And Human Services blocked. The medcaid program from him. Then they singaled him out. Due to his mental illness. This has happened on two different incidents. Thinking the plaintiff is unable to fight back.

The plaintiff was petitioned. In to a mental facility September 7, 2005. Where he recieved psychiatic treatment. Apon release he believes. They gave him an id number. The only way. Stephen Lauderback recieved this id number. Is due to the fact. The state considers him mental. The Gateway group says. That Stephen Lauderback has had that number since 2006. The plaintiff's number is 1098764. Meaning if the plaintiff can't afford mental treatment. The plaintiff can go and recieve mental treatment. At no cost.

The first incident. That the Department of Health And Human Services

obstructed. Than discriminated was Febaury 1, 2013. The State of Michigan Department of Human Services said. "Not aged,blind,disabled,under21,pregant or parent/care taker relative of dependent dependent child. Disability/blindess determination made by DHS."

When in fact. The plaintiff was under going treatment. The plaintiff was recieving treatment. At Lincoln Behavioral Services. For his mental disorders. The plaintiff was not paying. The cost of psychiatic treatment. Gateway was paying for psychiatic treatment. In order for Gateway to pay . For his psychiatic treatment. The plaintiff was already. Considered bi-polar parnoid schizophrenic by the state of Michigan. The plaintiff started recieving treatment January 4, 2013.

The second incident. That the Department of Health And Human Services obstructed. Than discriminated was December 18,2013. The State of Michigan Department of Human Services said. "The value of your countable assets is higher than allowed for this program."

The plaintiff in this case. Also, has a notice of award. From the Social Security Administration. For supplemental security income. In that letter. Social Security says Stephen Lauderback should of recieved SSI. Starting September 2012. Also,meaning he should have been on Medicade. When the plaintiff called S.Burton. About, the medical bills he recieved. That Gateway was not going to pay for. S.Burton told the plaintiff. He was going. To have to pay. Those medical bills. The plaintiff believes. That the Department of Health And Human Services. Is using the money he recieved. From

3

Social Security against him.

The first incident. The Department of Health And Human Services broke. Public law 101-336-July 26,1990- 42 USC 12131 A&B.

The Department of Health And Human Services also broke. Public law 101-336-July 26,1990- 42 USC 12132. In the first incident.

The second incident. The Department of Health Anuman Services broke. Public law 101-336-July 26,1990- 42 USC 12131 A&B.

The Department of Health And Human Services also broke. Public law 101-336-July 26,1990- 42 USC 12132. In the second incident.

In this case. The plaintiff believes. His best chance . Is to demand a jury trail. He hopes the court will allow it.

Due to the gross negligence. Of the Department of Health And Human Services. Also, their out right violation. Of the plaintiff"s civil rights. Plus they did not. Just do this once. They did it twice. The plaintiff suffered immensely mentaly. Emontionly as well. The plaintiff is seeking $40,000,000 dollars. For mental anguish. Emontional truma, and out right violation. Of his civil rights. Also,the pain and suffering. The plaintiff went through. As the result. Of the Department of Health And Human Services negligence.

Stephen Lauderback

*Stephen Lauderback* 3/31/14

Stephen Lauderback

15111 Gaylord St

Redford MI 48239

(313) 605-4229

JS 44 (Rev. 12/12)            CIVIL COVER SHEET        County in which action arose Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Lauderback, Stephen, G

**DEFENDANTS**
Department Of Health And Human Services

**(b)** County of Residence of First Listed Plaintiff     Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephen Lauderback
15111 Gaylord St.
Redford MI 48239

At
Case:4:14-cv-11314
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 03-31-2014 At 01:42 PM
CMP LAUDERBACK VS. DEPARTMEN OF HEALTH AND HUMAN SERVICES (EOB)

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | **Other:** | ☐ 462 Naturalization Application | | |
| | [X] 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 40,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE March 31 2014
SIGNATURE OF ATTORNEY OF RECORD Stephen Lauderback

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____