UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN G. LAUNDERBACK,

      Plaintiff,

                                Case No. 14-11314
v.                       HON. TERRENCE G. BERG

DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO CORRECT DEFICIENCY

    The complaint in this case was filed by Plaintiff on March 31, 2014. On April 24, 2014, the Court entered an Order to Correct Deficiency (Dkt. 2), directing Plaintiff to either pay the filing fee **or** submit an original and one copy of a completed, signed, and dated application to proceed *in forma pauperis* by no later than May 9, 2014. The deficiency Order also expressly warned Plaintiff that failure to comply with the Order could result in the dismissal of his action. Plaintiff has not responded to the Court's April 24, 2014 Order.

    In light of Plaintiff's failure to pay the filing fee or submit the requisite application to proceed *in forma pauperis* as directed, his

complaint is subject to dismissal for want of prosecution. *See Gravitt v. Tyszkiewicz,* 14 F. App'x 348, 349 (6th Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962)); Fed. R. Civ. P. 41(b).

Accordingly, the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED.**

Dated:  May 30, 2014                     s/Terrence G. Berg
                                         TERRENCE G. BERG
                                         UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on May 30, 2014, using the CM/ECF system a copy of this Order was also addressed to Plaintiff and mailed to 1511 Gaylord Street, Redford, MI 48239.

                                         s/A. Chubb
                                         Case Manager